**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

August 29, 2013

<u>**VIA ECF**</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Wieder v. United**
          **13 CV 1415 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  Please be advised that the parties have resolved this matter.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

　　/s/
Adam J. Fishbein

Cc:    Barry Jacobs, Esq,